IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DENNIS JAMES, | ) Civil Action No. 00C 3602 |
| Plaintiff, | ) |
| vs. | ) Judge: JUDGE KOCORAS |
| LOYOLA UNIVERSITY OF CHICAGO, | ) Magistrate Judge: MAGISTRATE JUDGE SCHENKIER |
| Defendant. | ) PLAINTIFF DEMANDS A TRIAL BY JURY |

## COMPLAINT

The plaintiff, DENNIS JAMES, through his attorneys, Marshall J. Burt and Andrew J. Cohen, hereby complains against the defendant, LOYOLA UNIVERSITY OF CHICAGO, as follows:

### Nature of the Action

1. The plaintiff is the victim of severe and pervasive sexual and racial harassment by company management that altered the terms and conditions of his employment at Loyola University of Chicago and resulted in a hostile, offensive and intimidating work environment. In addition, plaintiff was subjected to retaliation for complaining about the harassment and discrimination. To redress his injuries, the plaintiff brings this action against the defendant pursuant Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e, *et seq.* and the regulations promulgated by the Equal Employment Opportunity Commission prohibiting discrimination on the basis of sex, including sexual harassment, race and retaliation.

### Jurisdiction and Venue

2. On or about September 28, 1999, the plaintiff filed Charge Number 210994535 with the Equal Employment Opportunity Commission alleging discrimination on the basis of sex, sexual harassment, race and retaliation.

3.  On March 17, 2000, the EEOC granted plaintiff a right to sue in Federal Court. This action has been commenced within ninety days from the receipt of the Notice of a Right to Sue. Accordingly, this Court has jurisdiction over this action pursuant to 42 U.S.C. §2000e-5(f), and 28 U.S.C. §1331.

4.  Venue is appropriate in this District Court under 28 U.S.C. § 1391 (b) and (c) because the defendant is located in this judicial district, the defendant Loyola University of Chicago transacts business in this district, and the cause of action arose here.

### The Parties

5.  The plaintiff, Dennis James (hereinafter referred to as "James"), is a black male residing in Illinois. In early 1998, James became employed by Loyola University of Chicago as a clerk in the mail department of the Downtown Campus.

6.  The defendant, Loyola University of Chicago (hereinafter referred to as "Loyola"), is an educational institution located in Chicago, Illinois. It maintains a Downtown Campus and a Lakeshore Campus within the City of Chicago.

7.  The defendant Loyola is, on information and belief, an Illinois not-for-profit corporation.

8.  On information and belief, Loyola has in excess of 500 employees.

### The Hostile Work Environment

9.  Pamela Tucker (hereinafter referred to as "Tucker") is the Director of Administrative Services for the defendant and worked out of the Lakeshore Campus. She is a member of the defendant's management team.

10. The mail department at both the Lakeshore and downtown campuses were within Pam Tucker's area of responsibilities. As part of her responsibilities, Tucker frequently visited the Downtown campus where the complainant worked.

11. Shortly following his employment, Tucker began initiating personal conversations with the complainant, discussing his clothing and attire, his night life and female companions, and other matters of a personal, non-work related nature.

12. On or about May 1999, the complainant was promoted to Team Leader of the Mail Department and, on information and belief, was transferred to the Lakeshore Campus at the request of Tucker.

13. Following his promotion and transfer to the Lakeshore campus, Tucker began to subject the complainant to sexual and racial harassment. This conduct continued on a regular and frequent basis thereafter. Tucker engaged in conversations of a sexually explicit nature and conduct of a crude, vulgar and offensive nature which had the purpose and effect of creating a hostile, offensive and intimidating work environment. In addition, she engaged in offensive race based comments and employed the use of stereotypes and other crude comments. Such harassment included, but was not limited to:

    a. inappropriate touching of complainant's body, including his buttocks;

    b. constantly rubbing up against the complainant's body in a sexual manner;

    c. making numerous comments about the complainant's personal attire;

    d. positioning herself across from the complainant with her legs spread wide open;

    e. asking the complainant if "she was not good enough for him";

    f. making repeated references to the complainant as "square";

g.  making inquires about the complainant's personal life, including whether he was dating anyone, and when she found out he was dating another employee, forbid him from see that employee;

h.  making derogatory racial statements;

i.  making sexual comments based on racial stereotypes;

h.  making numerous sexual innuendoes and other inappropriate comments of a sexual nature.

14. The sexually offensive conduct was directed towards the plaintiff and other males employed at the defendants' facility because they were male and, often, black.

15. The sexually offensive conduct engaged in by Tucker was not welcomed by the plaintiff.

16. The complainant requested that Tucker cease the sexually offensive and demeaning conduct but the defendant failed to take any appropriate remedial action to end the harassment.

17. Notwithstanding James' repeated rejections of the manager's propositions, Tucker persisted in making the offensive requests.

18. Following the complainant's rejection of Tucker advances, Tucker began to retaliate against complainant by criticizing his work performance, accusing him of engaging in wrongful or illegal conduct, having campus security harass and wrongfully detain the complainant, and finally caused the complainant to be terminated from his job on or about August 16, 1999.

19. The foregoing actions by the Respondent, through its Director of Administrative Services, caused a hostile work environment for the complainant because of his sex and race in violation of his civil rights.

20. The Complainant was terminated from his position because he refused the Respondent's sexual advances and because he complained about the harassment.

-4-

21. As a direct result of the hostile, offensive and intimidating work environment, the plaintiff has suffered extreme emotional distress.

Wherefore, the plaintiff, Dennis James, hereby request that judgment be entered in his favor and against the defendant, Loyola University of Chicago, and to award him the following relief:

a    Declare that the acts and practices complained of herein are in violation of Title VII, 42 U.S.C. § 2000e-2;

b.    Restrain and permanently enjoin these violations of Title VII;

c.    Reinstate the plaintiff to his position with applicable raises and promotions;

d.    Direct the defendant to take such affirmative action as is necessary to ensure that the effects of these unlawful practices are eliminated;

e.    Award plaintiff actual damages;

f.    Award plaintiff compensatory damages and damages for his mental anguish and humiliation;

g.    Award plaintiff punitive damages;

h.    Award plaintiff his costs incurred in connection with this action, including reasonable attorneys' fees as provided by 42 U.S.C. § 2000e-6(k); and

i.    Grant plaintiff such other and further relief as this Court deems just and proper.

        Respectfully submitted,

        DENNIS JAMES

        By: _____
             One of his attorneys

Marshall J. Burt, Esq.  #06198381
Andrew J. Cohen, Esq. #06215895
77 West Washington Street
Suite 1306
Chicago, IL 60602
(312) 419-1999

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

00 C 3602

JUDGE KOCORAS

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use **only** in the Northern District of Illinois.

MAGISTRATE JUDGE SCHENKIER

**Plaintiff(s):** Dennis James

County of Residence: Cook

Plaintiff's Atty: Marshall J. Burt
Law Offices of Marshall J. Burt
77 West Washington Ste. 1306,
Chicago IL 60602
312/419-1999

**Defendant(s):** Loyola University of Chicago

County of Residence: Cook

Defendant's Atty:

DOCKETED JUN 16 2000

**II. Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**III. Citizenship of Principle Parties** (Diversity Cases Only)
  Plaintiff:- N/A
  Defendant:- N/A

**IV. Origin :** 1. Original Proceeding

**V. Nature of Suit:** 442 Employment

**VI. Cause of Action:** Sex and Race discrimination in violation of 42 U.S.C. Sec. 2000 et seq.

**VII. Requested in Complaint**
  Class Action: No
  Dollar Demand: $50,000 plus
  Jury Demand: Yes

**VIII.** This case **Is NOT** a refiling of a previously dismissed case. (If yes case number __ by Judge __)

Signature:

Date: 6/15/00

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. Note: You may need to adjust the font size in your browser display to make the form print

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

In the Matter of

DENNIS JAMES V. LOYOLA UNIVERSITY OF CHICAGO

Case Number: 00 C 3602

**DOCKETED JUN 1 6 2000**

**JUDGE KOCORAS**

APPEARANCE ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

DENNIS JAMES

MAGISTRATE JUDGE SCHENKIER

| (A) | (B) |
|---|---|
| SIGNATURE *[signed]* | SIGNATURE *[signed]* |
| NAME Marshall J. Burt | NAME Andrew J. Cohen |
| FIRM Law Offices of Marshall J. Burt | FIRM Law Offices of Andrew J. Cohen |
| STREET ADDRESS 77 West Washington Street | STREET ADDRESS 77 W. Washington, Suite 1306 |
| CITY/STATE/ZIP Chicago, IL 60602 | CITY/STATE/ZIP Chicago, IL 60602 |
| TELEPHONE NUMBER (312) 419-1999 | TELEPHONE NUMBER (312) 419-1999 |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 06198381 | IDENTIFICATION NUMBER 06215895 |
| MEMBER OF TRIAL BAR? YES ☒ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☒ |
| TRIAL ATTORNEY? YES ☒ NO ☐ | TRIAL ATTORNEY? YES ☒ NO ☐ |
|  | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR? YES ☐ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |